tion under 42 Pa.C.S. § 722(2). We further decline jurisdiction under 42 Pa.C.S. § 726. Appeal dismissed.

540 A.2d 266

Michael STEINER, a minor, by Anna STEINER, his Guardian, and Douglas Steiner, a minor, by Anna Steiner, his Guardian, Appellants,

v.

The BELL TELEPHONE COMPANY OF PENNSYLVANIA.

Ronald L. KEIRS and Carissa Lynn Keirs, a minor, by Ronald L. Keirs, her natural parent and guardian

v.

Robert W. WELSH, a/k/a Robert William Welsh, t/d/b/a Bob's Bar, and Michael Dire.

Appeal of Carissa Lynn KEIRS, by Ronald L. KEIRS, her natural parent and guardian.

Supreme Court of Pennsylvania.

Argued April 12, 1988.

Decided April 26, 1988.

58

## ORDER

PER CURIAM:

Orders affirmed.

LARSEN, J., dissents.

540 A.2d 267

**CONTINENTAL BANK**

v.

**Barry L. AXLER and Leslie C. Axler, h/w, Appellants.**

Supreme Court of Pennsylvania.

Argued April 13, 1988.

Decided April 26, 1988.

C. George Milner, Michael B.L. Hepps, Philadelphia, for appellants.

George J. Meng, James W. Hennessey, Norristown, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.